AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SANDRA LYNN COYLE,

          Plaintiff,

          v.

REBECCA M. BAKER (RETIRED JUDGE) STEVENS COUNTY SUPERIOR COURT, ALLEN C. NIELSON, and CHRIS A. MONTGOMERY,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-0601-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Rebecca M. Baker and Allen C. Nielson are dismissed with prejudice, pursuant to the Order Denying Motion for Recusal and Granting Dismissal of Claims Against Defendants Baker and Nielson entered on February 7, 2013, ECF No. 49.

| | |
|---|---|
| 2/7/2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |