AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SANDRA LYNN COYLE,

        Plaintiff,

        v.

REBECCA M. BAKER, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-601-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's claims against Defendant Chris A. Montgomery are dismissed with prejudice, pursuant to the Order Re: Miscellaneous Motions entered May 1, 2013, ECF No. 79.

May 1, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer