AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SANDRA LYNN COYLE,

Plaintiff,

v.

STEVENS COUNTY and CHRIS A. MONTGOMERY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-0601-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendant Montgomery's Motion for Attorney's Fees is granted; Defendant Montgomery is awarded a judgment against Plaintiff Coyle in the amount of $1,800.00.

May 2, 2013
_____
*Date*

SEAN F. McAVOY
_____
*Clerk*
s/ Linda Emerson
_____
*(By) Deputy Clerk*
Linda Emerson