# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SANDRA LYNN COYLE,

*Plaintiff*

v.

REBECCA M. BAKER (RETIRED JUDGE) STEVENS COUNTY SUPERIOR COURT, ALLEN C. NEILSON, and CHRIS A. MONTGOMERY,

*Defendant*

Civil Action No. CV-12-601-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered dismissing the claims against Defendant Stevens County and any remaining claims of Plaintiff herein with prejudice. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for Dismissal for Failure to State a Claim (Ct. Rec. 88).

Date: July 22, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer